■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES BYRD, Appellant.— Appeal by defendant: (1) from a judgment of the County Court, Nassau County, rendered April 22, 1960, convicting him of burglary in the third degree and grand larceny in the second degree, after a jury trial, and sentencing him to serve a term of 5 to 10 years on the burglary count and suspending sentence on the larceny count; and (2) from every intermediate order made in the action. Judgment reversed on the law and the facts and a new trial ordered. In our opinion, the trial court failed to charge the jury adequately and correctly, particularly with respect to the evidence as it concerned the parties' conflicting claims; the corroboration of a confession and an accomplice's testimony; the effects of drug intoxication on criminal intent; the effects of drug intoxication on the weight of a confession allegedly given while so intoxicated; the question of aiding and abetting; and the weight to be accorded the testimony of an interested witness (*People* v. *Curatolo,* 7 A D 2d 996; *People* v. *Kent,* 41 Misc. 191; 69 A. L. R. 2d 371 *et seq.*; Penal Law, § 1220; *People*

v. *Koerber,* 244 N. Y. 147, 153–155). No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.